IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH HERNANDEZ,

    Plaintiff,                  No. CIV S-05-0571 GEB PAN P

    vs.

HIGH DESERT STATE PRISON,
et al.,

    Defendants.             <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se with an action filed pursuant to 42 U.S.C. § 1983. By order filed April 13, 2005, plaintiff was directed to either pay the $250.00 filing fee for this action or file an application to proceed in forma pauperis. In the same order, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an application to proceed in forma pauperis and an amended complaint.

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $250.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). An initial partial filing fee of $.67 will be assessed by this order. 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court.

1 Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding
2 month's income credited to plaintiff's prison trust account.  These payments will be forwarded
3 by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account
4 exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).
5      The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C.
6 § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended complaint are proven,
7 plaintiff has a reasonable opportunity to prevail on the merits of this action.
8      In accordance with the above, IT IS HEREBY ORDERED that:
9      1. Plaintiff's request for leave to proceed in forma pauperis is granted.
10     2. Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action.
11 Plaintiff is assessed an initial partial filing fee of $.67.  All fees shall be collected and paid in
12 accordance with this court's order to the Director of the California Department of Corrections
13 and Rehabilitation filed concurrently herewith.
14     3. Service is appropriate for the following defendants:  C/O David E. Sharpe; C/O
15 G. W. Brackett; C/O L. M. Mendoza; M.T.A. Randy Stovall; Sgt. R. S. St. Andre; C/O B. Priolo;
16 C/O James S. Crandall; Chief Deputy Warden T. Felker; Lt. Kirsh; Sgt. Martin; and R. M.
17 Dumondon.
18     4. The Clerk of the Court shall send plaintiff eleven USM-285 forms, one
19 summons, an instruction sheet and a copy of the amended complaint filed May 11, 2005.
20     5 Within thirty days from the date of this order, plaintiff shall complete the
21 attached Notice of Submission of Documents and submit the completed Notice to the court with
22 the following documents:
23       a. One completed summons;
24       b. One completed USM-285 form for each defendant listed in number 3
25          above; and
26       c. Twelve copies of the endorsed amended complaint filed May 11, 2005.

6. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: April 26, 2006.

UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH HERNANDEZ,
    Plaintiff,                    No. CIV S-05-0571 GEB PAN P
    vs.
HIGH DESERT STATE PRISON,
et al.,                             <u>NOTICE OF SUBMISSION</u>

    Defendants.               <u>OF DOCUMENTS</u>
_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____    completed summons form

        _____    completed USM-285 forms

        _____    copies of the _____
                                         Amended Complaint

DATED:

                                        _____
                                        Plaintiff