IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH HERNANDEZ,

    Plaintiff,                        No. CIV S-05-0571 GEB PAN P

    vs.

HIGH DESERT STATE PRISON, et al.,

    Defendants.              <u>ORDER</u>

        Plaintiff has requested an extension of time to submit the documents necessary for service pursuant to the court's order of May 3, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 30, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to submit the documents necessary for service.

DATED: June 13, 2006.

                                      UNITED STATES MAGISTRATE JUDGE

/mp
hern0571.36