IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KENNETH HERNANDEZ,** | No. 2:05-cv-0571-GEB-PAN (JFM) PC |
| Plaintiff, | **ORDER** |
| v. | |
| **HIGH DESERT STATE PRISON, et al.,** | |
| Defendants. | |

Defendants have requested that their time to respond to the amended complaint filed May 11, 2005, be extended 30 days to October 18, 2006. The Court finds good cause, grants the request, and orders as follows:

1. Defendants' request for extension of time is granted.

2. Defendants shall file their response to the amended complaint filed May 11, 2005, on or before October 18, 2006.

DATED: September 18, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

14hern0571.eot

1