IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH HERNANDEZ,

    Plaintiff,                    No. CIV S-05-0571 GEB EFB P

vs.

HIGH DESERT STATE PRISON, et al.,

    Defendants.           <u>ORDER</u>

/

Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. On April 10, 2007, the court found that plaintiff had failed to keep the court apprised of his address as required by Local Rule 83-183(a) and recommended dismissal of the action. On May 7, 2007, plaintiff filed objections together with notice of his current address.

Given the notification of plaintiff's current address, it is ORDERED that the April 10, 2007, findings and recommendations are vacated. Defendants' October 17, 2006, motion to dismiss stands submitted for decision.

Dated: November 1, 2007.

                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE