1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KENNETH HERNANDEZ,

11            Plaintiff,                    2:05-cv-0571-GEB-EFB-P

12        vs.

13   HIGH DESERT STATE PRISON,
      et al.,
14
              Defendants.              ORDER
15
     _____/
16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

18   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20          On February 11, 2008, the magistrate judge filed findings and recommendations

21   herein which were served on all parties and which contained notice to all parties that any

22   objections to the findings and recommendations were to be filed within fourteen days.  Neither

23   party has filed objections to the findings and recommendations.

24          The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

1

1        1. The findings and recommendations filed February 11, 2008, are adopted in

2   full;

3        2. Defendants' October 17, 2006, motion to dismiss is granted for plaintiff's

4   failure to exhaust administrative remedies; and

5        3. The Clerk is directed to close the case.

6   Dated:  March 19, 2008

7

8   GARLAND E. BURRELL, JR.
    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26